JAMES MACKIE v. JAMES BARRY, Impleaded with WILLIAM GILLISSEN.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE FARMERS' LOAN AND TRUST COMPANY, as Executor, etc., of ARCHIBALD D. RUSSELL, Deceased, and Others, v. PARK & TILFORD.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

FLORENCE M. LEE v. LESTER E. ORTIZ.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BENIAMINO VERDE v. CHELSEA EXCHANGE BANK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

COMPTOIR COMMERCIAL D'IMPORTATION (a Corporation) v. GEORGE A. ZABRISKIE and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANK H. TYLER and Others, on Behalf of Themselves and All Other Stockholders of UNION NATIONAL CORPORATION Similarly Situated, v. THOMAS FAIRSERVIS and Others. DAVID J. REINHARDT, JR., Receiver, etc., Petitioner, Appellant. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE CHEMICAL NATIONAL BANK OF NEW YORK v. GEORGE A. TOUCHE and Others, Impleaded with JOHN B. NIVEN and Others.— Motion granted; question certified. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ULTRAMARES CORPORATION v. GEORGE A. TOUCHE and Others, Impleaded with JOHN B. NIVEN and Others.— Motion granted; question certified. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FEDERAL INTERNATIONAL BANKING COMPANY v. GEORGE A. TOUCHE and Others, Impleaded with JOHN B. NIVEN and Others.— Motion granted; question certified. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE EQUITABLE TRUST COMPANY OF BALTIMORE v. GEORGE A. TOUCHE and Others, Impleaded with JOHN B. NIVEN and Others.— Motion granted; question certified. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE AMERICAN EXCHANGE PACIFIC BANK v. GEORGE A. TOUCHE and Others, Impleaded with JOHN B. NIVEN and Others.— Motion granted; question certified. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

PHILIP MINER v. MAX REINHARDT.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE NEW YORK CENTRAL RAILROAD COMPANY v. THE WESTERN UNION TELEGRAPH COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOHN A. MULLIGAN, INC., Plaintiff, v. COOPERSMITH CONSTRUCTION CO., INC., and Others, Defendants. AMERICAN ENAMELED BRICK AND TILE COMPANY; EQUITABLE SURETY COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.